IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| GABRIEL STEELE, individually, and as Executor of the Estate of AUTUMN STEELE, and as next of friend for minor G.S., Sean Schoff, as next of friend for minor K.S., and GINA COLBERT, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BURLINGTON and JESSE HILL, <br><br> Defendants. | Civil No. 3:16-cv-105 <br><br><br><br><br> **DEFENDANTS' ANSWER TO PLAINTIFFS COMPLAINT AND JURY DEMAND** |

**COME NOW** the Defendants, City of Burlington and Jesse Hill, by and through their attorneys, Betty, Neuman & McMahon, P.L.C., and for their Answer to Plaintiffs Complaint, state as follows:

### INTRODUCTION

1. No allegations in ¶ 1 are asserted against Defendants, therefore no response is necessary. To the extent a response is required Defendants deny all allegations in ¶ 1.

### JURISDICTION

2. The allegations in ¶2 are admitted.

3. Defendants admit the incident complained of in Plaintiff's Complaint occurred at the Steele residence in Burlington, Des Moines County, Iowa but deny all remaining allegations in ¶ 3.

4. The allegations in ¶4 are admitted.

### PARTIES

5. The allegations in ¶5 are denied for lack of information.

6. The allegations in ¶6 are denied for lack of information.

7. The allegations in ¶7 are denied for lack of information.

8. The allegations in ¶8 are denied for lack of information.

9. The allegations in ¶9 are admitted.

10. Defendants admit Officer Hill is an employee of the City of Burlington Police Department. Defendants deny the remaining allegations of ¶ 10.

## FACTUAL BACKGROUND

11. The allegations in ¶11 are admitted.

12. The allegations in ¶12 are denied.

13. The allegations in ¶13 are admitted. Defendants further affirmatively state Autumn Steele and Gabriel Steele were engaged in a physical altercation in addition to a verbal argument.

14. The allegations in ¶14 are admitted.

15. Defendants admit that Defendant Hill made a radio call to dispatch, exited his patrol vehicle, activated his body camera, and approached Autumn, Gabriel, and G.S. Defendants deny all remaining allegations of ¶ 15.

16. The allegations in ¶16 are admitted. Defendant further affirmatively states Autumn Steele was physically assaulting Gabriel Steele in addition to shouting.

17. The allegations in ¶17 are admitted.

18. The allegations in ¶18 are denied.

19. The allegations in ¶19 are denied.

20. Defendants admit that Defendant Hill fired his service weapon two times but deny all remaining allegations in ¶ 20 for lack of information.

21. Defendants admit Autumn Steele was struck by a single round discharged from Officer Hill's service weapon. Defendants deny all remaining allegations of ¶ 21.

22. The allegations in ¶22 are denied.

23. Defendants admit a citizen called 911, and that additional Burlington Police officers arrived on scene and provided assistance. Defendants deny all remaining allegations of ¶ 23.

24. The allegations in ¶24 are denied.

25. Defendants admit that the Burlington Animal Hearing Board found Sammy was not a vicious animal as defined under the applicable Burlington City Code provisions based on the evidence presented at a public hearing. All remaining allegations in ¶ 25 are denied.

26. The allegations in ¶26 are admitted.

27. Defendants admit that Autumn Steele was pronounced dead at the hospital but deny all remaining allegations in ¶ 27.

28. The allegations in ¶28 are admitted.

## COUNT I

### USE OF EXCESSIVE FORCE IN VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION and ARTICLE I, SECTION 8 OF THE IOWA CONSTITUTION
### AGAINST ALL DEFENDANTS

29. Defendants, City of Burlington and Jesse Hill, restate and re-allege their answers to ¶¶1-28 as if fully set forth herein.

30. The allegations in ¶30 are denied.

31. The allegations in ¶31 are denied.

32. The allegations in ¶32 are denied.

33. The allegations in ¶33 are denied.

34. The allegations in ¶34 are denied.

35. The allegations in ¶35 are denied.

36. The allegations in ¶36 are denied.

37. The allegations in ¶37 are denied.

38. The allegations in ¶38 are denied.

39. The allegations in ¶39 are denied.

40. The allegations in ¶40 are denied.

41. The allegations in ¶41 are denied.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

## COUNT II

### VIOLATOIN OF SUBSTANTIVE DUE PROCESS IN VIOLATION OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION and ARTICLE I SECTION 9 OF THE IOWA CONSTITUTION AGAINST ALL DEFENDANTS

Count II has been dismissed by Order of the Court entered on May 8, 2017, therefore, no answer is required on Count II.

## COUNT III

### FAILURE TO TRAIN IN VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION and ARTICLE I, SECTION 8 O FTHE IOWA CONSTITUTION AGAINST DEFENDANT CITY OF BURLINGTON

60. Defendants, City of Burlington and Jess Hill, restate and re-allege their answers to ¶¶1-41 as if fully set forth herein.

61. The allegations in ¶61 are denied.

62. The allegations in ¶62 are denied.

63. The allegations in ¶63 are denied.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

## COUNT IV

### WRONGFUL DEATH – NEGLIGENCE – IOWA COMMON LAW

64. Defendants, City of Burlington and Jesse Hill, restate and re-allege their answers to ¶¶1-63 as if fully set forth herein.

65. The allegations in ¶65 are denied.

66. The allegations in ¶66 are denied.

67. The allegations in ¶67 are denied.

68. The allegations in ¶68 are denied.

69. The allegations in ¶69 are denied.

70. The allegations in ¶70 are admitted.

71. The allegations in ¶71 are denied.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

## COUNT V

### EMOTIONAL DISTRESS – BYSTANDER – GABRIEL STEEL AND G.S.

72. Defendants, City of Burlington and Jesse Hill, restate and re-allege their answers to ¶¶1-71 as if fully set forth herein.

73. The allegations in ¶73 are admitted.

74. Defendants admit Gabriel Steele and G.S. were not physically struck by any discharged rounds from Defendant Hill's service weapon.  Defendants deny all remaining allegation in ¶ 74.

75. The allegations in ¶75 are admitted.

76. The allegations in ¶76 are denied.

77. The allegations in ¶77 are denied.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

## COUNT VI

## LOSS OF CONSORTIUM – GABRIEL STEELE

78. Defendants, City of Burlington and Jesse Hill, restate and re-allege their answers to ¶¶1-77 as if fully set forth herein.

79. The allegations in ¶79 are denied for lack of information.

80. The allegations in ¶80 are denied.

81. The allegations in ¶81 are denied.

82. The allegations in ¶82 are denied.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

## COUNT VII

## LOSS OF CONSORTIUM – G.S.

83. Defendants, City of Burlington and Jesse Hill, restate and re-allege their answers to ¶¶1-82 as if fully set forth herein.

84. The allegations in ¶84 are denied for lack of information.

85. The allegations in ¶85 are denied.

86. The allegations in ¶86 are denied.

87. The allegations in ¶87 are denied.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

## COUNT VIII

## LOSS OF CONSORTIUM – K.S.

88. Defendants, City of Burlington and Jesse Hill, restate and re-allege their answers to ¶¶1-87 as if fully set forth herein.

89. The allegations in ¶89 are denied for lack of information.

90. The allegations in ¶90 are denied.

91. The allegations in ¶91 are denied.

92. The allegations in ¶92 are denied.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

## COUNT IX

## LOSS OF CONSORTIUM – GINA COLBERT

93. Defendants, City of Burlington and Jesse Hill, restate and re-allege their answers to ¶¶1-92 as if fully set forth herein.

94. The allegations in ¶94 are denied for lack of information.

95. The allegations in ¶95 are denied.

96. The allegations in ¶96 are denied.

97. The allegations in ¶97 are denied.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

## JURY DEMAND

**COME NOW** Defendants, City of Burlington and Jesse Hill, and hereby demand a trial by jury in the above-captioned cause of action.

## AFFIRMATIVE DEFENSES

**COME NOW** Defendants, City of Burlington and Jesse Hill, and hereby state the following for their Affirmative Defenses:

1. Plaintiffs have failed to state a claim upon which relief can be granted.

2. Defendant Hill's actions on January 6, 2015 were objectively reasonable.

3. Any force used by Defendant Hill on January 6, 2015 was not excessive nor in violation of any of Plaintiffs' state or federal constitutional rights.

4. Defendants are immune from suit pursuant to the doctrine of qualified immunity.

5. Defendants are immune from suit pursuant to the Iowa Municipal Tort Claims Act, Iowa Code Chapter 670, including but not limited to Iowa Code §§ 670.4 & 670.12.

6. Defendants are immune from suit pursuant to Iowa Code Chapter 804, including but not limited to Iowa Code §§ 804.8; 804.12; & 804.13.

7. Defendants reserve the right to amend and/or assert any additional affirmative defenses supported by the facts or law.

**WHEREFORE,** Defendants City of Burlington and Jesse Hill, respectfully request that the Court dismiss this cause of action with costs assessed to Plaintiffs and for such other and further relief, as the Court deems necessary and just.

BETTY, NEUMAN & McMAHON, P.L.C.

By:   */s/ Martha L. Shaff*
      Martha L. Shaff   #AT0007215

1900 East 54th Street
Davenport, IA 52807-2708
T: 563-326-4491
F: 563-326-4498
E: mls@bettylawfirm.com
**ATTORNEYS FOR DEFENDANTS, CITY OF BURLINGTON and JESSE HILL**

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS

 I hereby certify that on    June 19, 2017   , I electronically filed the foregoing document with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

    David A. O'Brien
    Dave O'Brien Law
    1500 Center St NE
    Cedar Rapids, Iowa 52402
    T: 319-861-3001
    F: 319-861-3007
    E: dave@daveobrienlaw.com

    John M. Shelnutt
    Shulnutt Law Firm
    601 S 5th
    Gadsden, AL 35901
    T: 256-547-4988
    E: jms@shelnuttlaw.com

    Adam J. Klein
    Law Offices of Adam J. Klein
    6 Concourse Parkway, Suite 2920
    Atlanta, GA 30328
    T: 678-825-5529
    F: 404-475-3091
    E: aklein@adamkleinlaw.com

    Trent A. Henkelvig
    Henkelvig Law
    314 N. 4th St.
    Burlington, IA 52601
    T: 319-753-5411
    F: 866-255-4581
    E: TAHenkelvig@iabar.org

                                                                     */s/ Martha L. Shaff*