## United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner

Case No. 3:16-cv-00105 : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Gabriel Steele, Individually, as Executor of the Estate of Autumn Steele, and as Next of Friend for his Minor Child G.S.; Sean Schoff, as Next of Friend for his Minor Child K.S.; and Gina Colbert, Individually | City of Burlington, Iowa and Jesse Hill |

Plaintiff(s) Counsel: David A. O'Brien; Trent A. Henkelvig

Defendant(s) Counsel: Martha L. Shaff; Brandon Wayne Lobberecht

Court Reporter: Linda Egbers : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [36] Pls.' Motion for Summary Judgment | | : | Yes |
| [38] Defs.' Motion for Summary Judgment | | : | Yes |

Proceedings:

All parties represented by counsel. Counsel present arguments on motions. Court takes matters under advisement.

Time Start: 10:27 a.m.

Time End: 11:37 a.m.

Date: May 24, 2018

C. Crawford

Deputy Clerk